UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| ADRIENNE GROZA and ALEX GROZA,<br><br>Plaintiffs,<br><br>vs.<br><br>CONSTANTINE VOUROS and MICHAEL VOUROS,<br><br>Defendants. | NO. CV-06-244-E-RHW<br><br>**ORDER DISMISSING CASE** |

Before the Court is the parties' Stipulation for Dismissal with Prejudice (Ct. Rec. 35). The parties stipulate and agree that the above-captioned matter should be dismissed with prejudice, with each party bearing its own costs, as the matter has been settled.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation for Dismissal with Prejudice (Ct. Rec. 35) is **GRANTED**.

2. The above-captioned action is **DISMISSED**, with prejudice and with each party bearing its own costs.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and to furnish copies to counsel and to **close the file.**

**DATED** this 31st day of October, 2007.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
United States District Judge

Q:\Idaho Cases\Groza\stip.dismiss.ord.wpd

ORDER DISMISSING CASE * 1